IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

COREY MCMILLAN, Individually and on
Behalf of a Class of Similarly Situated Persons                    PLAINTIFF

v.                              Case No. 4:11-cv-00332-JMM

LIVE NATION ENTERTAINMENT, INC. and
TICKETMASTER, L.L.C., d/b/a TICKETMASTER              DEFENDANTS

## JOINT MOTION TO DISMISS

WHEREAS the parties in this case have reached a settlement of this matter, the parties

respectfully request that this Court enter an order dismissing the case with prejudice.

Todd Turner, Esq.
Dan Turner, Esq.
ARNOLD, BATSON, TURNER & TURNER, P.A.
501 Crittenden Street
P.O. Box 480
Arkadelphia, Arkansas 71923

Rodney Moore, Esq.
WRIGHT, BERRY, MOORE & WHITE, P.A.
303 Professional Park Drive
P.O. Box 947
Arkadelphia, Arkansas 71923

By:__/s/ Todd Turner_____
      Todd Turner, Ark. Bar No. 92266

*Attorneys for Corey McMillan*

QUATTLEBAUM, GROOMS,
    TULL & BURROW, PLLC
111 Center Street, Suite 1900
Little Rock, Arkansas  72201
Telephone 501-379-1700
Facsimile 501-379-1701
Email: quattlebaum@qgtb.com
        cpekron@qgtb.com
        ryounger@qgtb.com


By:    /s/ Chad W. Pekron
        Steven W. Quattlebaum, Ark. Bar No. 84127
        Chad W. Pekron, Ark. Bar No. 2008144
        R. Ryan Younger, Ark. Bar No. 2008209

*Attorneys for Live Nation Entertainment, Inc., and Ticketmaster L.L.C.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of July, 2012, I filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Todd Turner, Esq.
todd@arnoldbatsonturner.com

Dan Turner, Esq.
dan@ArnoldBatsonTurner.com

Rodney Moore, Esq.
rodney@arklaw.com

/s/ Chad W. Pekron
Chad W. Pekron