IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

COREY MCMILLAN, Individually and on
Behalf of a Class of Similarly Situated Persons                              PLAINTIFF

v.                            Case No. 4:11-cv-00332-JMM

LIVE NATION ENTERTAINMENT, INC. and
TICKETMASTER, L.L.C., d/b/a TICKETMASTER                          DEFENDANTS

## ORDER OF DISMISSAL

The parties have reached a resolution of this lawsuit and filed a joint motion for dismissal. It is hereby ordered that the above-captioned matter is dismissed with prejudice. All pending motions are dismissed as moot. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED this __24__ day of July, 2012.

_____
HONORABLE JAMES M. MOODY
UNITED STATES DISTRICT JUDGE